UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN STRATTON,<br><br>         Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA and GARTNER, INC. GROUP INSURANCE PLAN,<br><br>         Defendants. | Case No.: 20-CV-2037 JLS (NLS)<br><br>**ORDER GRANTING JOINT MOTIONS: (1) TO DISMISS DEFENDANT GARTNER, INC. GROUP INSURANCE PLAN WITHOUT PREJUDICE, AND (2) FOR *DE NOVO* REVIEW**<br><br>(ECF Nos. 11, 13) |

  Presently before the Court are the Parties' Joint Motions (1) to Dismiss Defendant Gartner, Inc. Group Insurance Plan Without Prejudice ("Joint Mot. to Dismiss," ECF No. 11), and (2) for *De Novo* Review ("Joint Mot. for *De Novo* Review," ECF No. 13).

  Good cause appearing, the Court **GRANTS** the Parties' Joint Motion to Dismiss. The Court **DISMISSES WITHOUT PREJUDICE** Defendant Gartner, Inc. Group Insurance Plan from this action, with each party to bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

1
2      Good cause appearing, the Court also **GRANTS** the Joint Motion for *De Novo* Review.  The Court will apply a *de novo* standard of review in this action.
3      **IT IS SO ORDERED.**
4  Dated:  December 17, 2020

   *Janis L. Sammartino*
   Hon. Janis L. Sammartino
   United States District Judge