UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN STRATTON,<br><br>                          Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA AND GARTNER INC. GROUP INSURANCE PLAN,<br><br>                          Defendant. | Case No.: 20cv2037-JLS (NLS)<br><br>**SCHEDULING ORDER** |

On March 17, 2021, the Court held an Early Neutral Evaluation Conference. ECF No. 21. The case did not settle. ECF No. 22. Accordingly, the Court **SETS** the following case schedule:

1. Defendant shall file the Administrative Record and Plaintiff shall file any supplemental record by **April 23, 2021**.
2. Plaintiff shall file her opening brief by **June 18, 2021**.
3. Defendant shall file an opposition by **July 16, 2021**.

//
//
//
//

4. Plaintiff shall file any reply by **July 30, 2021**.

**IT IS SO ORDERED.**

Dated: March 25, 2021

*/s/ Nita L. Stormes*

Hon. Nita L. Stormes
United States Magistrate Judge