UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN STRATTON,<br><br>                          Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA AND GARTNER INC. GROUP INSURANCE PLAN,<br><br>                         Defendant. | Case No.: 20cv2037-JLS (NLS)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE MOTION TO MODIFY SCHEDULING ORDER**<br><br>**[ECF No. 24]** |

Before the Court is Defendants' *ex parte* motion to modify the scheduling order. ECF No. 24. On March 25, 2021, the Court entered a scheduling order, setting forth a briefing schedule on the merit briefing for the case, where Plaintiff would file an opening brief, Defendants would oppose, and Plaintiff would file a reply. ECF No. 23. In the instant motion, Defendants request a modification to the briefing schedule to permit them to file a cross motion for summary judgment, on the same schedule. ECF No. 24-1. As support, Defendants cite to other cases that have set a similar briefing schedule. *Id.* at 3. Plaintiff filed a response to Defendants' motion. ECF No. 25. In the response, Plaintiff indicates that she will defer to whatever is the preference of the trial judge in this case. *Id.*

After due consideration of the argument and further consultation with the trial judge, the Court **GRANTS** the motion. The briefing schedule in this case is modified as follows:

1. Plaintiff shall file her opening motion and Defendants shall file their cross-motion by **June 18, 2021**.
2. Both parties shall file their oppositions by **July 16, 2021**.
3. Both parties shall file any replies by **July 30, 2021**.

**IT IS SO ORDERED.**

Dated: April 26, 2021

*/s/ Nita L. Stormes*
Hon. Nita L. Stormes
United States Magistrate Judge