UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN STRATTON,<br><br>                            Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA and GARTNER, INC. GROUP INSURANCE PLAN,<br><br>                            Defendants. | Case No.: 20-CV-2037 JLS (NLS)<br><br>**ORDER (1) GRANTING JOINT MOTION, (2) DENYING AS MOOT PLAINTIFF'S *EX PARTE* APPLICATION IN LIGHT OF PARTIES' STIPULATION; AND (3) SETTING BRIEFING DEADLINES AND HEARING DATE FOR CROSS-MOTIONS FOR JUDGMENT**<br><br>(ECF Nos. 29, 30, 32, 36, 37) |

      Presently before the Court is the Parties' Joint Motion to Stipulate to Scope of Administrative Record, and New Dates for ERISA Trial Briefing and Hearing ("Joint Mot.," ECF No. 37). On July 7, 2021, Plaintiff Maureen Stratton ("Plaintiff") filed an *Ex Parte* Application to Continue Trial Briefing and to Include Supplemental Vocational Report Within the Administrative Record or in the Alternative to Strike New Vocational Report from the Administrative Record ("*Ex Parte* Appl.," ECF No. 32), which Defendant Life Insurance Company of North America's ("Defendant") opposed (ECF No. 33). The Parties subsequently filed a Joint Motion to Continue ERISA Trial Briefing and Hearing.

*See* ECF No. 35.  On July 14, 2021, the Court granted the joint motion and vacated the pending briefing deadlines and hearing date on the Parties' cross-motions for judgment, but also requested supplemental briefing on the issues raised in Plaintiff's *Ex Parte* Application.  *See generally* ECF No. 36 (the "Order").  In response, the Parties filed the instant Joint Motion, requesting that the Court vacate the deadlines for supplemental briefing, rule that Plaintiff's *Ex Parte* Application is moot given the Parties' stipulation, and set new dates for the Parties' briefing and hearing.  *See generally* Joint Mot.

      Good cause appearing, the Court **GRANTS** the Parties' Joint Motion (ECF No. 37). The Court **VACATES** the supplemental briefing deadlines set in the Order (ECF No. 36) and **DENIES AS MOOT** Plaintiff's *Ex Parte* Application (ECF No. 32) in light of the Parties' stipulation.  The Court **SETS** the following deadlines and dates related to the Parties' cross-motions for judgment (ECF Nos. 29, 30):

- Plaintiff **SHALL PRODUCE** her rebuttal vocational report <u>on or before August 20, 2021</u>;
- The Parties **SHALL FILE** their responsive trial briefs <u>on or before September 3, 2021</u>;
- The Parties **SHALL FILE** their reply trial briefs <u>on or before September 16, 2021</u>; and
- The hearing on the Parties' cross-motions for judgment **IS RESET** for <u>October 7, 2021, at 1:30 p.m.</u>

    **IT IS SO ORDERED.**

Dated:  July 26, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge