UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN STRATTON,<br><br>                          Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>                         Defendant. | Case No.: 20-cv-02037-JLS-NLS<br><br>**ORDER: (1) CONTINUING MOTION HEARING; AND (2) REQUIRING LODGMENT**<br><br><br>**[ECF No. 39]** |

On July 26, 2021, the Court set a Motion Hearing on the parties' pending Cross-Motions for Judgment (ECF Nos. 29; 30) for October 7, 2021. (ECF No. 39 at 2.) On its own motion, the Court hereby **CONTINUES** the October 7, 2021 Motion Hearing to **January 27, 2022**, at **1:30 PM**.

Additionally, to facilitate the Court's review of the parties' Cross-Motions for Judgment and preparation for the Motion Hearing, the Court hereby **ORDERS** that the parties **lodge with chambers** a binder(s) that includes only the relevant pages of the Administrative Record (ECF No. 26) and supplemental filings (ECF Nos. 27; 31; 40), i.e., all pages that the parties cite to in their briefs (ECF Nos. 29; 30; 41; 42; 43; 44) or are otherwise necessary for context. The binder(s) shall be logically organized and shall not

contain duplicates of any one page.  The binder(s) shall be lodged with Judge Sammartino's chambers no later than **October 29, 2021**.

**IT IS SO ORDERED.**

Dated:  September 30, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge