UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN STRATTON,<br><br>              Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>              Defendant. | Case No.: 20-CV-2037 JLS (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE ADMINISTRATIVE RECORD SUBMISSION DATE**<br><br>(ECF No. 46) |

Presently before the Court is the Parties' Joint Motion to Continue Administrative Record Submission Date from October 29, 2021 to November 5, 2021 (ECF No. 46). To facilitate the Court's review of the parties' Cross-Motions for Judgment and preparation for the January 27, 2022 Motion Hearing, the Court previously ordered the Parties to lodge a binder containing relevant pages of the Administrative Record with chambers by October 29, 2021. (ECF No. 45.) The Parties request a brief continuance on this deadline because counsel for Defendant is starting a two-week jury trial on October 19, 2021. (ECF No. 46 at 2.) Good cause appearing, the Court **GRANTS** the Joint Motion. The Parties **SHALL**

///

///

///

1

**LODGE** the excerpted Administrative Record, as detailed in ECF No. 45, **on or before November 5, 2021**.

    **IT IS SO ORDERED.**

Dated: October 19, 2021

                                        Hon. Janis L. Sammartino
                                        United States District Judge