UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN STRATTON,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　　　　　Defendant. | Case No.: 20-CV-2037 JLS (NLS)<br><br>**ORDER VACATING HEARING AND TAKING MATTERS UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF Nos. 29, 30) |

　　　Presently before the Court are the Parties' Cross-Motions for Judgment (ECF Nos. 29, 30). The Court finds these matters appropriate for determination on the papers without oral argument; accordingly, the Court **VACATES** the hearing and takes the Cross-Motions under submission pursuant to Civil Local Rule 7.1(d)(1).

　　　**IT IS SO ORDERED.**

Dated: February 25, 2022

　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　United States District Judge