UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MAUREEN STRATTON, Plaintiff, v. LIFE INSURANCE COMPANY OF NORTH AMERICA, Defendant. | Case No.: 20-CV-2037 JLS (NLS)<br><br>**ORDER REQUESTING JOINT STATUS REPORT REGARDING SETTLEMENT OR WITHDRAWAL OF PENDING FEES MOTION**<br><br>(ECF Nos. 57, 58) |
|---|---|

Presently before the Court are Plaintiff Maureen Stratton's Motion for an Award of Plaintiff's Attorneys' Fees and Costs and Prejudgment Interest ("Mot.," ECF No. 57) and Defendant Life Insurance Company of North America's Notice of Settlement Regarding Plaintiff's Pending Motion ("Notice," ECF No. 58). The Notice, filed May 13, 2022, indicates "that the parties have reached a settlement in principal [sic] regarding Plaintiff's pending Motion . . . and are in the process of completing the settlement release." *Id.* at 2. Although more than two months have elapsed since the filing of the Notice, however, the Motion remains pending and the Parties have yet to update the Court on the status of the settlement negotiations.

///

///

///

Accordingly, <u>on or before July 29, 2022</u>, the Court **ORDERS** that either: (1) Plaintiff withdraw the pending Motion, or (2) the Parties file a joint status report, *not to exceed <u>five (5) pages</u> in length*, apprising the Court of the status of the settlement negotiations and the pending Motion.

**IT IS SO ORDERED.**

Dated: July 15, 2022

*[signature]*
Hon. Janis L. Sammartino
United States District Judge