UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN STRATTON,<br><br>            Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>            Defendant. | Case No.:  20-CV-2037 JLS (NLS)<br><br>**ORDER (1) DENYING AS MOOT MOTION FOR ATTORNEY FEES AND COSTS AND (2) SETTING STATUS CONFERENCE**<br><br>(ECF Nos. 57, 60) |

Presently before the Court are Plaintiff Maureen Stratton's Motion for an Award of Plaintiff's Attorneys' Fees and Costs and Prejudgment Interest ("Mot.," ECF No. 57) and the Parties' Joint Report re Status of Attorney Fee Claim ("Joint Br.," ECF No. 60).  The Joint Brief indicates that the Parties informally negotiated the fee claim, which Defendant Life Insurance Company of North America has paid; but that there is an outstanding issue of two benefit periods that were not fully paid, which Defendant is investigating.  Joint Br. at 1–2.  Accordingly, the Parties "respectfully request the Court set this case for a status conference in thirty (30) days, to be vacated if the Acknowledgement of Satisfaction of Judgment[ ]is filed before then." *Id.* at 2.

Given that the Parties have negotiated and Defendant has paid Plaintiff's fee claim, the Court **DENIES AS MOOT** Plaintiff's pending Motion (ECF No. 57).  Further, as

requested by the Parties, the Court **SETS** this matter for a status conference at 1:30 p.m. on September 8, 2022, to be vacated if the Acknowledgment of Satisfaction of Judgment is filed prior to that date.

      **IT IS SO ORDERED.**

Dated: August 2, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge