UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN STRATTON,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　　　　　Defendant. | Case No.: 20-CV-2037 JLS (NLS)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO SEPTEMBER 7, 2022 ORDER TO SHOW CAUSE**<br><br>(ECF No. 62) |

On September 7, 2022, the Court ordered the Parties to show cause why this closed matter should not be dismissed with prejudice. *See generally* ECF No. 62 ("OSC"). Specifically, the Court provided the Parties ten days within which to respond to the OSC and cautioned them: "***Should no Party respond to this Order, or should the Parties file an Acknowledgment of Satisfaction of Judgment, within the aforementioned timeframe, the Court will dismiss this matter with prejudice.***" *See id.* at 2 (emphasis in original). Despite more than ten days having elapsed since the issuance of the OSC, no response nor Acknowledgment of Satisfaction of Judgment has been filed by any Party.

///

///

///

Thus, in accordance with the September 7, 2022 OSC, the Court **DISMISSES WITH PREJUDICE** the above-named action in its entirety.

**IT IS SO ORDERED.**

Dated: September 28, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge